# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** EDWARD E EPPLEY
**Case Number:** 4:08-BK-08363-EWH  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 2610 W. DREXEL ROAD, TUCSON, AZ 85746 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 .

**R / M #:**   38 / 0

## Appearances:

WAYNE MORTENSEN, ATTORNEY FOR EDWARD E EPPLEY
LEONARD J. MCDONALD, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST, Appearing in Phoenix

## Proceedings:

Mr. Mortensen asks for thirty days to talk to his client about a conduit payment and see how the debtor would like to proceed.

Mr. McDonald has no objection.

COURT:  THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON WEDNESDAY, NOVEMBER 4, 2009 AT 2:00 P.M.