# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** EDWARD E EPPLEY
**Case Number:** 4:08-BK-08363-EWH  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 09:00 AM   COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

CHAPTER 13 TRUSTEE MOTION TO DISMISS.
**R / M #:** 42 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
WAYNE MORTENSEN, ATTORNEY FOR EDWARD E EPPLEY

## Proceedings:

Mr. Morris states the trustee will withdraw the motion a moratorium has been filed.

COURT: THE HEARING IS VACATED.