**Dianne Crandell Kerns, Trustee**
**Office of the Chapter 13 Trustee**
Mailing Address:
7320 N. La Cholla #154-413
Tucson, AZ 85741
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| EDWARD E EPPLEY | Case No. 4:08-bk-08363-EWH |
| Debtor, | TRUSTEE'S OBJECTION RE: MOTION FOR MORATORIUM ON CHAPTER 13 PLAN PAYMENTS (DKT 49) |

DIANNE CRANDELL KERNS, the Standing Chapter 13 Trustee, hereby responds to the debtors Motion for Moratorium, states as follows:

1. The moratorium is not feasible as it lowers the plan base from $16,250.00 as confirmed to $14,875.00. Therefore, the Trustee has an objection to the proposed motion for moratorium.

2. The terms of the moratorium should be included in any stipulated order confirming chapter 13 plan.

3. The Trustee requests that the order approving the moratorium be submitted to her office for review which resolves item 1 listed above.

Dated this 19th day of October, 2009.

OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154-413
Tucson, AZ 85741


By /s/ DCK 011557
Dianne C. Kerns, Chapter 13 Trustee

A copy of the foregoing was filed with the
United States Bankruptcy Court and
a copy together with a receipt of filing
transmitted via electronic or first class
mail this 10/19/09 to:

EDWARD E EPPLEY
2610 W DREXEL RD
TUCSON, AZ 85746
Debtor

WAYNE MORTENSEN, ESQ.
FARNSWORTH LAW OFFICES, INC.
1837 S MESA DR #A103
MESA, AZ 85210
Attorneys for Debtor


By SA